

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
CHELMSFORD IMMIGRATION COURT

Respondent Name:
OLIVEIRA GOMES, CLEBERSON

To:
Chaput, Melanie Marie
46 Bridge Street, Unit G
Nashua, NH 03060

A-Number:
226-040-357

Riders:
In Custody Redetermination Proceedings

Date:
06/12/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
Per Matter of Q. Li, Respondent not eligible for bond.

☐ Granted. It is ordered that Respondent be:
☐ released from custody on his own recognizance.
☐ released from custody under bond of $
☐ other:

☐ Other:



Immigration Judge: OSTROM, DONALD 06/12/2025

Appeal:   Department of Homeland Security:   ☑ waived   ☐ reserved
          Respondent:                        ☐ waived   ☑ reserved
Appeal Due: 07/14/2025

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS
Respondent Name : OLIVEIRA GOMES, CLEBERSON | A-Number : 226-040-357
Riders:
Date: 06/12/2025 By: OSTROM, DONALD, Immigration Judge