# DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: OLIVEIRA GOMES, CLEBERSON

A-File Number: 226 040 357

Date: 05/29/2025

Event ID: BOS2505002323

Subject ID: 398779359

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

[X] Detained by the Department of Homeland Security.

[ ] Released (check all that apply):
- [ ] Under bond in the amount of $ _____
- [ ] On your own recognizance.
- [ ] Under other conditions. [Additional document(s) will be provided.]

GALLUZZO, J 8944
Name and Signature of Authorized Officer

05/29/2025 7:31 PM
Date and Time of Custody Determination

SDDO
Title

District Ave Burlington, MA US 01803
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

[X] I acknowledge receipt of this notification, and
[X] I do request an immigration judge review of this custody determination.
[ ] I do not request an immigration judge review of this custody determination.

X Clebersan Oliveira Gomes
Signature of Alien

05/29/2025
Date

---

The contents of this notice were read to OLIVEIRA GOMES, CLEBERSON (Name of Alien) in the PORTUGUESE (Name of Language) language.

ZAMORA, R 11213
Name and Signature of Officer

7MM 641 1213
Name or Number of Interpreter (if applicable)

Deportation Officer
Title