

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
CHELMSFORD IMMIGRATION COURT

Respondent Name:

    OLIVEIRA GOMES, CLEBERSON

To:

    OLIVEIRA GOMES, CLEBERSON
    103 HAMILTON ST
    APT 1
    WORCESTER, MA 01604-2253

A-Number:
226-040-357
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
05/29/2025

## ORDER OF THE IMMIGRATION JUDGE

Scheduling Order

**Order:**

The Department of Homeland Security has filed a motion to dismiss proceedings to place the respondent in expedited removal proceedings. The Department argues that the circumstances have changed since the issuance of the Notice to Appear. The respondent shall file a response in writing as to why the court should not grant the Department's motion within ten days of the issuance of this order, no later than June 9, 2025.

Immigration Judge: FROES, NINA 05/29/2025

Appeal:  Department of Homeland Security:   ☐ waived   ☐ reserved
Respondent:   ☐ waived   ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ P ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ ] Noncitizen's atty/rep. | [ E ] DHS
Respondent Name : OLIVEIRA GOMES, CLEBERSON | A-Number : 226-040-357
Riders:
Date: 05/29/2025 By: GUBBINS, MATTHEW, Court Staff